■ EDPI ASSOCIATES, Appellant, v NEW YORK CITY LOFT BOARD et al., Respondents. [642 NYS2d 900] —Order and judgment (one paper), Supreme Court, New York County (Carol Arber, J.), entered February 8, 1995, which granted the motion of loft tenant Conley for leave to intervene, and for dismissal of the proceeding on the grounds of lack of prosecution and gross laches, unanimously affirmed, with costs.

The IAS Court's determination that the tenant was an interested person in this CPLR article 78 proceeding that could affect his leasehold was within its "sound discretion" (*Matter of White v Incorporated Vil. of Plandome Manor*, 190 AD2d 854, *lv denied* 83 NY2d 752; CPLR 7802 [d]). Petitioner's decade-long delay constitutes laches, warranting dismissal (*see, Matter of Diggins v New York City Fire Dept. Arts. 1 & 1B Pension Funds*, 183 AD2d 422, *lv denied* 80 NY2d 760). We have considered petitioner's remaining arguments and find them to be without merit. Concur—Sullivan, J. P., Ellerin, Rubin and Tom, JJ.

■ BRAZWORLD INTERNATIONAL, INC., Appellant, v PBTC INTERNATIONAL BANK, Respondent. [643 NYS2d 338] —Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about October 18, 1995, unanimously affirmed for the reasons stated by Schackman, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Rubin and Tom, JJ.